USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    6/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KYLE BRAGG, AS TRUSTEE, AND THE TRUSTEES
OF THE BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ PENSION FUND,
BUILDING SERVICE 32BJ THOMAS SHORTMAN
TRAINING, SCHOLARSHIP AND SAFETY FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES FUND,          22-cv-9582
AND BUILDING SERVICE 32BJ SUPPLEMENTAL
RETIREMENT AND SAVINGS PLAN,

                                    Plaintiffs,

              v.
                                                    **DEFAULT JUDGMENT**
ALLIED CLEANING AND MAINTENANCE SERVICES,
INC.,

                                    Defendant,

ALLIED CLEANING AND MAINTENANCE CORP.

                                    Party in Interest.
------------------------------------------------------------------------X

     On application for Default Judgment by Plaintiffs Kyle Bragg, as Trustee, and the Trustees of the Building Service 32BJ Health Fund, Building Service 32BJ Pension Fund, Building Service 32BJ Thomas Shortman Training, Scholarship and Safety Fund, Building Service 32BJ Legal Services Fund, and Building Service 32BJ Supplemental Retirement and Savings Plan, brought on by Order to Show Cause issued April 11, 2023, by the Honorable Analisa Torres, United States District Judge, with the show cause hearing held on June 20, 2023, and Defendant Allied Cleaning and Maintenance Services, Inc. ("Defendant"), and Party in Interest Allied Cleaning and Maintenance Corp. ("Party in Interest") having been duly noticed of the proceeding and the Defendant having not appeared in opposition to the Order to Show Cause, and the Court having found default judgment to be appropriate:

     **IT IS HEREBY ADJUDGED** that Plaintiffs Kyle Bragg, as Trustee, and the Trustees of the Building Service 32BJ Health Fund, Building Service 32BJ Pension Fund, Building Service 32BJ Thomas Shortman Training, Scholarship and Safety Fund, Building Service 32BJ Legal Services Fund, and Building Service 32BJ Supplemental Retirement and Savings Plan, having their principal place of business at 25 West 18th Street, New York, New York 10011, do recover of Defendant, Allied Cleaning and Maintenance Services, Inc. located at 280 Madison Ave., New York, New York 10016, the sum of $46,016.96 in delinquent benefit contributions, along with interest in the amount of $22,593.74, liquidated damages in the amount of $10,450.93, attorney's fees in the amount of $2,362.50 and costs of $557.00 for a total judgment of **$81,981.13** plus interest at the statutory rate in effect on the date of judgment, and that Plaintiffs

have judgment therefor.

Dated:  June 22, 2023                        By: _____
        New York, New York                           Analisa Torres, U.S.D.J.